# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:22-mj-1515-DAB

**JAMES WALKER WATSON, JR.**

AUSA: Courtney Richardson-Jones

Defense Attorney: Blair Jackson, Retained Counsel

| JUDGE: | **DAVID A. BAKER** United States Magistrate Judge | DATE AND TIME: | May 31, 2022 2:10 P.M. – 2:17 P.M. |
|---|---|---|---|
| Courtroom: | 6D | TOTAL TIME: | 7 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Sofia Kollaian |

### CLERK'S MINUTES
### INITIAL APPEARANCE
### (RULE 5C INDICTMENT)

Case called, appearances made, procedural setting by the Court.
Interpreter placed under oath.
Court advises defendant of his rights, including Rule 20 rights.
Defendant waives formal reading of Indictment.
Government advises defendant of the counts in the Indictment and potential penalties.
Defendant waives Rule 5 & 5.1 hearings. (Defendant waived identity hearing)
Government makes ore tenus motion for detention.
Government seeks a 3 day continuance for a detention hearing. Detention hearing set for Friday June 3rd, 2022 at 10am. Defendant is remanded to the US Marshal pending further proceedings. Order to enter.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Court adjourned.