# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                          **CASE NO: 6:22-mj-1515-DAB**

**JAMES WALKER WATSON, JR.**

## ORDER OF DETENTION PENDING TRIAL

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. The following facts and circumstances require the defendant to be detained pending trial. The government has presented clear and convincing evidence of threats by the Defendant against witnesses and alleged victims in this and prior cases. Some of these threats were physical and others appear intended to intimidate. Both represent a danger of obstruction of justice. In addition, the defendant, whose record shows a lifestyle of fraud and criminality, has repeatedly mislead supervising officers as to his whereabouts. Although defendant offered testimony from a potential third-party custodian, his community ties are slim, consisting primarily of another planned music event. Because of his history of using such events to carry out fraudulent schemes, this connection to Central Florida provides little or no comfort as regards his ties to the community. Accordingly, the Court concludes:

> No condition or combination of conditions of release will reasonably assure the appearance of the defendant as required or the safety of any other person and the community.

This conclusion is based on the evidence adduced of the matters enumerated in 18 U.S.C. § 3142(g) as presented in open court at the detention hearing.

**DIRECTIONS REGARDING DETENTION**

James Walker Watson, Jr. is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. James Walker Watson, Jr. shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date:   June 3, 2022

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE