

**MUSIC EVENTS PRODUCTIONS**

June 2, 2022

Mr. Allen Cox
7931 Bronzerock Dr.
San Antonio, Texas 78244

Mr. Cox:

Due to the unfortunate cancellation of the Music Fest at South Fork Ranch that was scheduled for May 22-24, 2020, and owing to my fiduciary relationship with you, I am refunding the money you invested in this event.

Amount invested:      $180,000.00
Interest on investment:   15%
Amount of interest:    $27,000.00
Total amount of refund: $207,000.00
Note due and payable in installments beginning August 1, 2022

- August 1, 2022     $30,000
- December 9, 2022  $30,000
- April 7, 2023       $30,000
- August 4, 2023     $30,000
- December 8, 2023  $30,000
- April 5, 2024       $30,000
- August 9, 2024     $27,000

This Note may be prepaid in whole or part at any time.

This Note may be amended or modified only by written agreement duly executed by James Watson Jr. and Allen Cox.

I trust this will satisfy the terms of our agreement and reimburse you for monies expended.

_____          _____
James Watson, Jr.                                    Allen Cox
Music Events Productions, LLC
8117 Preston Road
Dallas, TX 75225

Encl.
JW/Jeb
xc: File

---

U.S. District Court
Middle District of Florida

**DEFENDANT EXHIBIT**

Exhibit No. 1
Case No. 22 CR 128

v.

Date Identified:
Date Admitted:

THE STATE OF GEORGIA )
                                  ) ss.
COUNTY OF FULTON )

## WITNESSETH

Borrower: **James Watson, Jr.** of Fulton, County, State of Georgia (**"The Borrower"**)

Lender: **Allen Cox** of 7931 Bronzerock Drive, San Antonio, Texas 78244 (**"The Lender"**)

**Principal Amount:** $207,000 USD

1.      **KNOW ALL MEN BY THE PRESENTS**, that this reimbursement and settlement agreement is hereby made between the **"Borrower"**, **James Watson, Jr.** and the **"Lender"**, **Allen Cox**. For the Good and Valuable Consideration of a loan issued to the said **"Borrower"** by the said **"Lender"**, in the principal sum of **$207,000 USD**, without interest payable on the unpaid principal. The **"Borrower"** promises to pay, in installments, the **"Lender"**, by whatever mode designated in writing, or verbally, to the **"Borrower"**, 20 percent (%) of the sale of his artwork and shall provide the **"Lender"** a copy of the receipt for such sale of artwork. The **"Borrower"** will provide the **"Lender"** a copy of the receipt of the sale(s) of his artwork until such time as the" Borrower" has discharged his debt to **"Lender."**

2.      The said **"Borrower"**, **James Watson, Jr.**, shall be liable for all costs, expenses, and expenditures incurred including, without limitation, the complete legal costs of the **"Lender"** incurred by enforcing this reimbursement and settlement agreement of any default by the

"**Borrower**" and such costs will be added to the principal then outstanding and shall be due and payable by the "**Borrower**" to the "**Lender**" immediately upon demand by the "**Lender.**"

3.  If any term, covenant, condition, or provision of this reimbursement and settlement agreement is held by a Court of competent jurisdiction to be invalid, void, or unenforceable, it is the parties intent that such provision be reduced in scope by the Court only to the extent deemed necessary by that Court to render the provision reasonable and enforceable and the remainder of the provisions of this reimbursement and settlement agreement will be in no way affected, impaired, or invalidated as a result.

4.  This reimbursement and settlement agreement will be construed in accordance with and governed by the laws of the State of Georgia.

5.  This reimbursement and settlement agreement will inure to the benefit of and be binding upon the respective heirs, executors, administrators, successors, and assigns of the "**Borrower**" and the "**Lender.**" The "**Borrower**" waives presentment for payment, notice of non-payment, protest, and notice of protest.

6.  This reimbursement and settlement will inure to the full credit and satisfaction of the said debt incurred by the "**Borrower**", **James Watson, Jr.**, contingent upon receipt by the "**Lender**", **Allen Cox,** of the full and total amount of the said indebtedness aforementioned in the amount of **$207,000 USD** and upon receipt thereof by the said "**Lender**", **Allen Cox**, the said "**Borrower**",

**James Watson, Jr.**, will thereby be released, discharged, and will be held harmless, from all debts and claims heretofore owed to the said **"Lender"**, **Allen Cox.**

7.  This agreement contains the complete, total, and entire agreement between the parties and supersedes, and replaces, any and all previously made agreements, or promises, whether oral or in writing, between the parties. All negotiations and understandings have been included and incorporated into this agreement. Statements or representations which may have been made by any party to this agreement which are inconsistent with this final written agreement are declared to be invalid, void, or voidable. Only the written terms of this agreement shall bind the parties. This agreement may not be amended, supplemented, or superseded in whole or in part without the unanimous written consent of all parties hereto.

**IN WITNESS WHEREOF,** the parties hereto have duly affixed their signatures under seal and such signature shall be constituted valid and legally binding whether handwritten or in print.

**SIGNED, SEALED, AND DELIVERED**

This 16th day of March, 2021.

*James Watson Jr* 
James Watson, Jr.

**SIGNED, SEALED, AND DELIVERED**

this _____ day of _____, 2021.

_____
Allen Cox

********* Reimbursement and Settlement Agreement, Page 3 of 3 *********