## Central Florida Fair, Inc.

4603 W Colonial Drive.
Orlando, FL 32808
Tel: (407) 295-3247
Fax: (407) 578-2509

License Agreement #894 must be signed and returned with full amount no later than September 1st 2021 or the License Agreement shall be null and void.

Rev. 06/12 Final Lease Agreement.doc

## LICENSE AGREEMENT #894

THIS LICENSE AGREEMENT (hereinafter "License") made this TODAYS DATE by and between CENTRAL FLORIDA FAIR, INC. a Florida nonprofit fair association organized under Chapter 616, Florida Statutes, (hereinafter the "Fair") and "Licensee" as more fully described below:

LICENSEE (full legal name): **MUSIC FESTIVAL PRODUCTIONS**

TRADE/FICTITIOUS NAME (if different from legal name):

BUSINESS ADDRESS **3340 PEACHTREE ROAD NE SUITE 1800 ATLANTA, GA 30326**

TELEPHONE NO: **404 848-7795 (O) 404 848-7767 (D) 404 956-1040 JAMES**

EMAIL ADDRESS: **johng@mfprods.org**

AUTHORIZED REPRESENTATIVE(S): **JAMES WATSON JR. JOHN GRIFFIN JAMES HILL JOSIE FOREMAN GEORGIA ODOM**

Federal Employer Identification: **#86-2383784**

Page 1 of 15

---

U.S. District Court
Middle District of Florida

**DEFENDANT EXHIBIT**

Exhibit No. 2
Case No. 22 CR 125

v.

Date Identified:
Date Admitted:

J.W.

The Fair grants to Licensee the revocable privilege to use and occupy the following described area(s): Amphitheater and Main Field

which area(s) are outlined and defined on the attached layout of the Fairgrounds of the Fair (Exhibit "A"), subject to the terms, provisions and conditions of this License, for the sole, exclusive and specific purpose of holding and conducting: Concert

(hereinafter "Event") and for no other purpose(s), which Event shall be held on the following dates:

FOR THE PURPOSE OF MOVE-IN use of Fairgrounds shall commence at June 27th 2022

FOR THE PURPOSE OF THE EVENT use of Fairgrounds shall commence at: June 30th – July 4th 2022

AND SHALL TERMINATE FOR THE purpose of the Event at: July 4th 2022 at 11PM;

FOR THE PURPOSE OF MOVE-OUT use of Fairgrounds shall by: July 6th 2022;

EVENT HOURS OF OPERATION (scheduled hours of operation that Fairgrounds is open to the general public); TBD;

1. **LICENSE FEE TERMS:** Licensee agrees to pay the Fair the sums shown on Exhibit "B" attached hereto and made a part hereof, at the times and dates stated herein. All sums due hereunder are payable in U. S. Funds. **If Licensee fails to timely pay the sums due as provided for in Section Four of this License, Fair shall be entitled to accrual of interest on the unpaid sums due at a rate equal to the lesser of 1.5% per month, or the maximum rate permitted by law.** Notwithstanding anything herein to the contrary, the interest rate charged by Fair shall never exceed the highest interest rate allowed by law, as amended from time to time.

Also, and in addition to the above-mentioned sums and surcharge, Licensee agrees to pay the Fair for labor, services and/or equipment provided by the Fair at its prevailing rates in effect during the Event.

- Promoter will receive 35% of All Beverage/Alcohol Sales and 15% of Food. PCI concessions to manage all Food/Beverage sold within the Amphitheater only.
- Promoter will utilize and sell through their own Ticket system with No Fee's required to Central Florida Fair.
- Revenue from parking will be split 50/50 after expenses.

2. **RETURN OF LICENSE:** This License must be executed by Licensee and returned to The Fair before 2:00 p.m. September 21st 2021 The failure to return the executed original License and the full deposit by said date, or, failure of the deposit check to clear, shall render this License of no force and effect. It is understood that the License is effective only when it has been signed by the Licensee and the Fair's representatives, including the attachments of all exhibits, and the conditions, as stated in this paragraph, are fulfilled. Licensee agrees not to advertise, promote, sell tickets, obtain sponsorships, or contract for any goods or services to be provided at the Event, or publicize the Event, until both parties have fully executed this License Agreement. Moreover, should Licensee owe any monies, whether disputed or undisputed, to Fair from a prior License between the parties, Licensee agrees to pay all past due monies to Fair prior to the Event contracted for in this License. In the event Licensee fails to pay any past monies due, it agrees and consents to the cancellation by the Fair of this License and the Event and waives any and all claims for damages against the Fair for said cancellation and any and all rights which might have arisen by reason of the terms of this License and Licensee shall have no recourse of any kind against the Fair.

Licensee Initial

3. **EXHIBITS:** The use of the term "License" includes any and all exhibits and rules and regulations (collectively "Exhibits") referenced herein. The Exhibits attached to this License are:

Exhibit A - Layout of Fairgrounds and area covered by this License;
Exhibit B - Schedule of space and operational costs;
Exhibit C- Rules and Regulations;
Exhibit D - Building Policies.

4. **DEPOSIT/DEFAULT:** A non-refundable / non-transferable deposit of $24,000.00 will be due on September 1st 2021. The remaining space rental fees as outlined in Exhibit B, are due 30 days prior to MOVE-IN. Any and all deposits paid by Licensee shall be placed in a non-interest bearing account. The Fair reserves the right at any time to require additional deposit(s) to defray anticipated charges for any and all services and/or staffing to be provided for the Event. All deposits will be credited against charges due Fair by Licensee. If the Event is cancelled, in whole or in part, for any reason, by Licensee, the Licensee shall not be entitled to a refund of any monies paid, or entitled to payment of any monies due up to and including the day of cancellation.

5. **INSURANCE:** At least thirty (30) days prior to MOVE-IN date, Licensee shall provide the Fair with a Certificate of Insurance in a form and from an insurer acceptable to the Fair, which shall name the CENTRAL FLORIDA FAIR, INC. AND THE CITY OF ORLANDO as an additional named insured for Comprehensive General Liability insurance including products and completed operations coverage with limits of not less than $1,000,000.00 ($1,000,000 if preceding space is left blank) each occurrence, combined single limit for bodily injury and property damage. The term of coverage shall coincide with the dates and time of this License including MOVE-IN and MOVE-OUT. The policy shall have a standard thirty (30) day cancellation notice provision.

Licensee shall provide to the Fair at least thirty (30) days prior to MOVE-IN Date satisfactory evidence of Workers' Compensation insurance complying with statutory requirements of the State of Florida.

Licensee shall provide the Fair with a Certificate of Insurance at least thirty (30) days prior to MOVE-IN Date as evidence of automobile liability insurance coverage on all owned, non-owned and hired vehicles used in connection with this License in an amount not less than $300,000 combined single limit per occurrence for bodily injury and property damage.

Licensee shall secure Certificates of Insurance, if applicable, at least thirty (30) days prior to MOVE-IN Date from all of its agents, exhibitors, vendors, concessionaires, contractors, sub-licensees and sub-contractors evidencing comprehensive general liability coverage insurance in form and amount no less than required for Licensee hereinabove, adding the CENTRAL FLORIDA FAIR, INC, THE CITY OF ORLANDO as an additional named insured with limits of not less than those required by Fair to be carried by Licensee.

The Fair expressly reserves the right to require Licensee to add others as additional named insureds, in its sole discretion. The Fair shall also have the sole and arbitrary discretion to require higher limits of coverage than those contained hereinabove. All insurance provided by Licensee shall designate Licensee's insurer and coverage as primary.

In the event Licensee shall not timely provide proof of insurance in the manner as set forth herein, or shall provide insurance with an insurer unacceptable to The Fair, this License shall in the sole and arbitrary discretion of Fair immediately and automatically terminate without further notice from the Fair, and the Fair shall retain the Deposit.

Licensee hereby expressly waives any and every claim which arises in its favor and against Fair for any loss or damage covered by Licensee's insurance. Such waiver shall be in addition to, and not in derogation of, any other waiver or release contained in this License with respect to any loss or damage to property, or claim of Licensee. The Licensee shall notify its insurer(s) of this waiver since it is intended to preclude the assignment of any claim by way of subrogation or otherwise.

6. **STATUS OF NAME, ADDRESS, GUARANTY:** The Licensee represents and warrants that the legal

Licensee Initial **J.W.**

name as contained in the Agreement along with all other information in this License is accurate and correct in all respects and makes this warranty as of the date of this License and continuing through its duration. Licensee further represents and warrants that the Authorized Representative listed in the License has full, complete and absolute authority to bind the Licensee. If the Licensee is a Florida corporation or limited liability company, it warrants and represents that it is in good standing and active and, if it is not a Florida Corporation or limited liability company, it warrants and represents that it is authorized to do business in the State of Florida. Any change in the Licensee's legal name, fictitious or trade name, address, telephone number, or Authorized Representative, shall be forwarded to Fair, in writing, within three (3) days after the change. Should the Licensee default in the performance of any of the terms and conditions as stated herein, the Fair, at its option, may cancel this License and the relation of the parties shall be in all respects as if said term had fully expired. Should The Fair exercise its rights to cancel this License, Licensee agrees to forego any and all claims for damages against The Fair and further agrees to waive any and all rights which might arise by reason of this License and the Licensee shall have no recourse of any kind against the Fair. Furthermore, the individual executing this License on behalf of the Licensee absolutely, personally, unconditionally, and continually warrants and guarantees Licensee's full and faithful performance and payment of all obligations under this License, including indemnifying the Fair.

7. **SERVICES PROVIDED:** With the exception of house lighting, all facilities and fixtures of the Fairgrounds are provided to Licensee "AS IS, WHERE IS, WITH ALL FAULTS." All charges and expenses for services provided to Licensee, including, without limitation, HVAC, electric, water, natural gas, cable, CCTV, satellite and fiber optic hookups, telephone, security, trash collection and disposal, chair/table usage, LCD screens, other equipment usage, etc., shall be borne entirely by Licensee according to Exhibit "B".

8. **STAFFING:** The Fair shall secure and the Licensee shall pay for all staffing necessary for the Event, in accordance and must be included with Exhibit "B", including, without limitation, the staff required if hired by fair for ticket sales, ticket takers, ushers, medical personnel, security, maintenance, and parking. The Fair retains the right to determine the appropriate number of staff necessary during Events, in its sole discretion. The Fair also reserves the right, in its sole discretion, to utilize contract labor or other third parties in order to help meet the Event staffing requirements. Licensee shall not hire other personnel without the written consent of the Fair.

9. **INDEMNIFICATION:** Licensee hereby covenants and agrees to fully exonerate, indemnify, defend and hold harmless CENTRAL FLORIDA FAIR INC., its Board of Trustees, Directors, officers and all management, staff, agents and employees each severally and separately from any and all claims, suits, losses, damages, fines, penalties, liabilities, expenses, including reasonable attorney's fees and costs at the trial and appellate level, for any injury or death to persons (whether they be third persons or employees of either the Fair or Licensee) and any loss (through theft or otherwise) of or damage to property (whether it be that of the Fair, the Licensee or some third party), or issue of law, caused by, growing out of, or arising out of Licensee's use of the Fairgrounds, including, without limitation, its use by Licensee's agents, sub-licensees, vendors, exhibitors, contractors, sub-contractors, or concessionaires; exercise of any rights under the License; breach of any term, warranty or provision of this License by Licensee; the sale of products; the operation on the Fairgrounds, or the carelessness, negligence or improper conduct of the Fair or any other third party; or any act or omission of Licensee, its employees, officers, or agents. All such liability is hereby expressly assumed by Licensee. Such indemnification shall not apply to injury to persons or damage to property arising out of the Fair's gross negligence or willful misconduct. This provision shall expressly survive termination of this License.

10. **NO INTEREST IN LAND:** The parties hereto agree that Licensee's rights hereunder shall not be construed as a lease, easement, or other interest in the real property of the Fair.

11. **RULES AND REGULATIONS:** Licensee hereby acknowledges receipt and review of the Rules and Regulations of the Fair, as amended, which are incorporated into this License by reference and made a part hereof. The Fair reserves the right to amend its Rules and Regulations from time to time, and Licensee agrees that such amendments shall be incorporated into this License and shall be binding upon Licensee. Any amendment to the Rules and Regulations shall become effective after thirty (30) days prior written notice of any amendments has been provided to Licensee.

**LICENSEE:**

Licensee Initial: ꭓ.W.

By: *James Watson Jr.* 
Print Name: James Watson Jr. 
Title: Chairman/CEO         Date: 8/19/21

**CENTRAL FLORIDA FAIR, INC**

By: *[signature]*          Date: 6/16/21
JONATHON P. DAY, EVENTS MANAGER

Reviewed and Approved by:

*[signature]*
SHAWN KRAUEL, GM/COO



## Guarantee of Payment and Performance

I/We the undersigned, individually/jointly and severally, do hereby fully guarantee the performance and payment of the obligations of the Licensee as set forth in this License; and do hereby agree to the terms and conditions contained in this License.

Guarantor: _____     _____
                                                                                                    Date

Guarantor: _____     _____
                                                                                                    Date

Licensee Initial

# CENTRAL FLORIDA FAIR, INC.

## Exhibit "C"

## RULES AND REGULATIONS
(03/10)

1. **INCORPORATION INTO LICENSE:** These Rules and Regulations are incorporated into and made a part of a certain License Agreement ("License") between the CENTRAL FLORIDA FAIR, INC. ("Fair") and the Licensee named in the License Agreement.

2. **NON-EXCLUSIVE RIGHT:** The Fair shall retain the right to use and/or license for use such portions of the Fairgrounds as may not be covered by this License. The Fair also retains the right to re-enter any part of the Fairgrounds covered by this License should such part become vacant, and to determine that such unused portion may be offered for other use with receipts therefrom going to the Fair. The Fair expressly reserves for its own use, with the privilege of occupying and using the same, all lobbies, office, spaces in hallways, corridors, concession stands, supply rooms and other areas normally reserved for the Fair's exclusive use.

3. **CONCESSIONS:** The Fair retains the exclusive right to operate all food, beverage (alcoholic and non-alcoholic), merchandise and all other concessions during the term of the License. All monies and profit derived from the operation of said concessions shall belong to the Fair, or its agents. No other food, beverage, merchandise or other concessions are permitted on the Fairgrounds without the express written consent of the Fair, which may be arbitrarily withheld; nor shall Licensee, its agents, exhibitors or invitees be permitted to bring food and beverage on the Fairgrounds unless stated in EXHIBIT B as a Food/Beverage Buyout and signed by General Manager/Assistant General Manager.

4. **DOOR OPENING TIME:** It is the policy of the Fair that doors will open to Licensee, its exhibitors, agents, vendors, concessionaires, contractors, sub-licensees and sub-contractors one (1) hour prior to any event, unless scheduled otherwise.

5. **AUTOMATED TELLER MACHINES (ATM):** No ATM'S shall be allowed on Fair property except for ATM'S as provided by the Fair. Any and all revenue generated by ATM'S shall be the exclusive property of the Fair. The Fair will use its best efforts to have the ATM stocked with cash and in proper working order, however, Licensee realizes that no such guarantee exists that the ATM will be stocked or operating on any given day of the Licensee's term. Licensee agrees to forego any and all claims for damages against the Fair and further agrees to waive any and all rights or claims for damages which might arise by reason of the failure of the ATM to operate, or the failure of the ATM to be stocked with cash.

6. **FREE SAMPLES:** No free samples of food, beverage or any other product may be given away or otherwise distributed without prior written approval of The Fair, which approval may be arbitrarily withheld in the sole discretion of the Fair. Any such permission by the Fair is subject to the insurance requirements set forth in the License.

7. **NON-SMOKING FACILITY:** All of the buildings located on the Fairgrounds are designated as no-smoking facilities. Licensee agrees to post such signs as may be necessary to inform all persons of this fact and to enforce this rule whenever necessary.

8. **PERFORMANCE APPROVAL:** Licensee recognizes and acknowledges the unique reputation of the Fair in the community. The Fair is dedicated to the production and presentation of wholesome, family entertainment. Licensee agrees that its Event shall be in keeping with this policy and grants to the Fair the sole and arbitrary right of approval for any performance, exhibition, exhibit, brochure, concession, novelty, merchandise, pamphlet, signage, other literature and entertainment to be offered under this License by or through License including, but not limited to, its agents, exhibitors, vendors, concessionaires, contractors, sub-licensees and sub-contractors and the Licensee agrees that no such activity or part thereof shall be given or held if objected to by the Fair, regardless of any prior contractual obligations or monies paid by Licensee for such performance, exhibition, etc.

10. **REFUND OF TICKET REVENUE:** Licensee shall adopt and implement a policy regarding ticket refunds for cause, in keeping with the Fair's policy of retaining public faith. This shall include, but not be limited to, seats blocked by equipment when exchange for a comparable location is not possible, failure of projection equipment, failure of act or show to go on stage within a reasonable time of the advertised schedule.

11. **CAPACITY:** Licensee shall not allow tickets, passes or any other form of admission to be sold or distributed in excess of the Fairgrounds capacity as determined by The Fire Marshall, current law and applicable City of Orlando and state law.

12. **RIDES AND GAMES:** It is agreed that no amusement devices and amusement attractions, as those terms are defined by Chapter 616, Florida Statutes, shall be permitted to operate anywhere on the Fairgrounds. It is also agreed that there will be no games of chance or skill permitted on the Fairgrounds.

13. **ALCOHOLIC BEVERAGES:** Licensee shall not cause or allow beer, wine or any other alcoholic beverage to be sold, given away, used or consumed upon the Fairgrounds except through Fair's authorized agent or if implemented in Exhibit B as a Beverage Buyout and signed off on by General Manager and Assistant General Manager. Licensee will be required to provide all liquor licenses and insurance requirements at least 10 days before event.

14. **GIFTS, PRIZES, ETC.:** Licensee shall not offer any gift, prize, or item(s) for sale which the Fair may consider unacceptable for distribution, in its sole opinion, and which has not been first approved by Fair in writing.

15. **OVERNIGHT CAMPING:** Licensee shall not cause or allow overnight camping, tent camping, sleeping or any such

Licensee Initial: J.W.

act on the Fairgrounds, or in any building or any other area controlled by the Fair without the written consent of the Fair, which approval may be arbitrarily withheld in the sole discretion of the Fair. Licensee shall not allow or permit any open fires on the Fairgrounds.

16. **LOST ARTICLES:** All lost articles should be turned into the Licensee for the Event.

17. **SOLICITORS:** Absolutely no soliciting or distributing of flyers is permitted on the Fairgrounds, except as otherwise provided by law.

18. **CANCELLATION BY THE FAIR:** The Fair reserves the unilateral right to cancel this License for economic reasons, or for the public good, or for events including, but not limited to acts of God, fire, flood, natural disaster, a threat of or a tropical storm, a threat of or a hurricane, inclement weather, war or threat of war, acts or threats of terrorism, civil disorder, unauthorized strikes, governmental regulation or advisory, recognized health threats as determined by the World Health Organization, the Centers for Disease Control, or local government authority or health agencies (including but not limited to the health threats of COVID-19, H1N1, or similar infectious diseases), a pandemic, curtailment of transportation facilities, or other similar occurrence beyond the control of the parties in which case any funds paid by the Licensee for unused days, less actual expenses necessarily incurred by the Fair in connection with the Event so cancelled, will be refunded without penalty. In addition, The Fair reserves the unilateral right to cancel this License in the event of any request by any Federal, State or County agency for use of the Fairgrounds under such circumstances, it being understood and agreed by Licensee that its rights hereunder are subordinate and inferior to the right of use by any Federal, State or County agency or department, in which case any funds paid by the Licensee for unused days, less actual expenses necessarily incurred by the Fair in connection with the Event so cancelled, will be refunded without penalty. Should the Fair exercise its rights to cancel this License for any reason, including but not limited to those stated above, Licensee agrees to forego any and all claims for damages against The Fair and further agrees to waive any and all rights which might arise by reason of the terms of this License and the Licensee shall have no recourse of any kind against the Fair.

19. **CANCELLATION OR DEFAULT BY LICENSEE:** Should the Licensee cancel its Event or fail to timely appear and set up for the Event or fail to perform the conditions and requirements set forth herein required to be performed prior to the MOVE-IN date of the Event, this License shall be cancelled and shall in all respects be deemed null and void, and the Fair shall retain any and all Deposits and other monies paid by Licensee as liquidated damages and not as penalty, it being understood and agreed by all parties that actual damages would be extremely difficult to ascertain. Should the Licensee default in the performance of any of the terms and conditions of this License, after the MOVE-IN date, the Fair, at its option, may cancel this License and the relation of the parties shall be in all respects as if said term had fully expired. The Fair may reenter the Fairgrounds and hold the same as of its former state therein, remove all persons therefrom, and resort to any legal proceedings to obtain such possessions. It is agreed the Licensee shall be liable for the full amount of rental fees and all operational and other charges as shown in Exhibit "B". Any Deposits or other monies paid to the Fair by Licensee or any monies collected by The Fair for admissions, parking, concessions, etc., shall, upon default after MOVE-IN, be retained by the Fair to offset any monies owed to The Fair under this License and as a result of the default of Licensee.

20. **LICENSEE'S OBLIGATION AT END OF LICENSE PERIOD:** At the end of the License Period, Licensee shall vacate the Fairgrounds and return the area and Fair's equipment to Fair, all in the same condition and repair as originally furnished to Licensee, normal wear and tear excepted. At such time, Licensee shall remove completely from the Fairgrounds all goods, wares, merchandise and property of any and all kinds and descriptions placed therein.

Licensee agrees that if the designated area, or any other part of the facilities, shall be damaged by the act, default or negligence of Licensee or of Licensee's agents, employees, vendors, concessionaires, exhibitors, contractors, sub-licensees, sub-contractors, patrons, guests or invitees, Licensee will pay to Fair upon demand such sum as shall be necessary to restore said areas to their original condition. Licensee hereby assumes full responsibility for the character, acts and conduct of all persons acting for or on behalf of Licensee.

Should Licensee not be able to vacate Fair according to the terms and conditions of this License, Licensee shall pay an extended use charge of One Thousand ($1,000.00) dollars for each four (4) hour portion, or any part thereof, that Licensee has failed to return the facility or part thereof to Fair and vacate the facilities in accordance with the provisions of this License; unless said failure is caused by any of the following events, to the extent that such event is beyond the Licensee's reasonable control; fire, riot, earthquake, civil commotion, or Act of God. The liability to pay an extended use charge does not in any way extend the License period; is not liquidated damages; is intended as a penalty against Licensee for use of the facilities or the authorized area beyond the License period; and does not preclude Fair from asserting any other rights against Licensee, including, but not limited, those set forth herein. The extended use charge is due and payable at the end of each period for which the charge is assessed.

21. **PUBLIC SAFETY:** Licensee shall be responsible for the public safety, health and welfare of its patrons, agents, vendors, exhibitors, contractors, sub-contractors, sub-licensees, concessionaires and employees. The Fair reserves the unilateral right to cause the interruption of the Event in the interest of public safety and to likewise cause the termination of such Event when, in the sole and arbitrary judgment of any County, State or Federal agency or its agents, including but not limited to, City of Orlando Police Department, Health Department or Fire Department, such action is necessary in the interest of public safety, health and welfare. Should it become necessary to evacuate the Fairgrounds because of an act of God, natural disaster, a bomb threat or for other reasons of public safety, the Licensee will retain the privilege of using the Fairgrounds for sufficient time to complete the presentation of its Event without additional rental charge provided such time does not interfere with another License, or planned use by the Fair. If it is not possible to complete presentation of the Event, rental shall be prorated or adjusted in the sole and arbitrary discretion of the Fair based upon the situation. The Licensee hereby waives any claim for damages or compensation arising out of any action taken pursuant to this provision.

22. **OCCUPANCY INTERRUPTION:** Licensee hereby waives any and all claims for compensation for any and all loss or damage sustained by reasons of any defect, deficiency or impairment of the electrical, telephone, computer systems, LCD screens, plumbing and air conditioning installations or any part thereof furnished for the Fairgrounds granted, or by reason of any loss or impairment of light or current or water which may occur from any cause, or for any loss or damage sustained resulting from fire, black-out, brown-out,

Licensee Initial J.W.

water, wind, civil commotion, riot, labor strikes, or act of God and the Licensee, his agent, officers, and other authorized representatives, hereby waive all rights and claims, action and causes of action and damages arising from any of the causes aforesaid.

23. **FAIR'S RIGHT OF ENTRY:** Duly authorized representatives of the Fair, such as its Trustees, Directors, officers, employees or other agents, may enter the Fairgrounds, including the area utilized by Licensee, at anytime and occasion. Licensee hereby waives any and all claims for compensation for any and all loss or damages sustained by reasons of interference by any public agency or Fair official in the operation of the Fairgrounds; however, such interference shall not relieve Licensee from any obligations hereunder.

24. **COMPLIANCE WITH LAWS:** Licensee shall comply and shall require its agents, exhibitors, vendors, sub-licensees, sub-contractors, concessionaires and employees to comply with all laws, ordinances and regulations adopted or established by Federal, State or Local Governmental agencies or bodies, and with the terms of this License and all rules and regulations provided by The Fair from time to time. Licensee agrees that at all times it will conduct its activities with full regard for public safety. Licensee further agrees that all portions of sidewalks, entries, floors, passages, halls, corridors, stairways and ways of access to public facilities shall be kept unobstructed and safe by Licensee and shall not be for any purpose other than ingress or egress to and from the Event and all electrical panels and doors as well as all safety/emergency exits shall not be obstructed in any way. Licensee also shall not use, store or permit to be used or stored in or on any part of Fairgrounds covered by this License any substance or thing prohibited by law, ordinance or standard policies of fire insurance companies operating or insuring in the State of Florida. No explosives and/or flammable substances including, but not limited to, pyrotechnics, illumination oils, oil lamps, candles, turpentine, benzene, naphtha, gasoline or other such substances shall be placed in or on Fairgrounds covered by this License. LP gas tanks used for cooking must be placed outside any Fair building and must be approved by the City of Orlando Fire Department. It is further agreed that no flammable materials such as bunting, tissue paper, crepe paper and any others will be permitted to be used as decorations and decorative materials unless they are treated with flame proofing and are approved by the appropriate inspector of Orange County, Florida, before the same are installed. Licensee shall be responsible for contacting all necessary Federal, State and County agencies, including, but not limited to, the City of Orlando Fire Department, Health Department and Sheriff's Office for a fire, safety and health consultation at least two (2) weeks prior to the MOVE-IN date. A report on the meetings including the recommendation of any of the City of Orlando departments shall be provided to the Fair prior to MOVE-IN.

25. **HAZARDOUS AND TOXIC SUBSTANCES:** The Licensee agrees, at all material times Licensee is on the Fairgrounds, not to have in its possession, collect, distribute, dispose, release or otherwise discharge any toxic or hazardous waste as defined by Florida and Federal law. In the event the Licensee shall be in possession of such hazardous or toxic waste, the Licensee shall immediately notify the Fair and the Orange County Department of Environmental Resource Management as well as the Florida Department of Environmental Protection and the Federal Environmental Protection Agency and such other governmental agency or body as may be required by law, relative to such materials. Additionally, Licensee agrees not to dispose of any refuse or empty any fluids on the Fairgrounds. In the event the Licensee or its agents, vendors, exhibitors, contractors, sub-licensees, sub-contractors, concessionaires, or employees dump grease in the Fair's sewer system, or at locations not authorized by the Fair, or shall otherwise violate the provisions of this paragraph, the Fair will look to the Licensee and shall subject the Licensee to a fine of $1,000.00 by the Fair, in addition to any governmental fine, for each infraction and Licensee shall be deemed in material breach of this License and subject to immediate cancellation of this License and removal from the Fairgrounds.

26. **DEFACEMENT OF FACILITY/PROPERTY:** Licensee shall not injure, mar, nor, in any manner, deface the Fairgrounds or any equipment contained thereon; and shall not cause or permit anything to be done whereby the Fairgrounds property or equipment thereon shall be in any manner injured, marred or defaced; and will not drive or permit to be driven nails, hooks, tacks, staples, screws, adhesive or tape of any kind to the walls of any Fair building or equipment contained therein and will not make nor allow to be made any alterations of any kind to said buildings, property or equipment contained therein.

27. **PAYMENT FOR DAMAGES:** Licensee agrees to pay all costs, as determined in the sole judgment of the Fair, of repair or replacement for any and all damages, or theft, of whatever origin or nature which may have occurred during the term of this License in order to restore the damaged or stolen property, personal property and equipment or other parts of the Fairgrounds affected by the Event to a condition equal to that at the time this License went into effect. Licensee specifically authorizes The Fair to deduct any damages, or expense to replace the stolen item, from the deposit (if any) referenced in paragraph five (5) of the License. Payment for repair, replacement, or damage to the premises or Fairgrounds shall be at the expense of the Licensee and shall be due within 10 days of presentment of an invoice. An invoice will be presented if the damage exceeds the Deposit, or if a deposit was not required.

28. **ASSIGNMENT:** This License is between Fair and Licensee. Licensee may not assign this License, or any interest in the License, without the Fair's prior written consent, which consent shall be within Fair's sole discretion. Assignment shall also include a transfer or conveyance of more than fifty percent (50%) of the present ownership interest in the Licensee. Moreover, if Licensee files for bankruptcy, is declared insolvent or adjudicated bankrupt, or if Licensee makes an assignment for the benefit of creditors, if Licensee's license interest is sold under execution, or by a trustee in bankruptcy; or if a receiver is appointed for Licensee, Fair, without prejudice to its rights hereunder and at its option, without penalty, may terminate this License and take possession of the Fairgrounds immediately without notice to Licensee or any assignee, transferee, trustee, or any other person or persons, it being agreed upon that Licensee or any of the aforesaid waives any and all damages and costs it may have against Fair, if Fair exercises its rights as provided above.

29. **UTILITY CONNECTIONS:** The Fair shall provide staff for all utility connections and Licensee, as well as its agents, exhibitors, vendors, sub-licensees, sub-contractors, concessionaires or employees shall utilize the electricity provided by the Fair. Utility connections shall include, but not be limited to, electrical, plumbing and gas. All such connections and related work shall be at the expense of Licensee, including any related costs incurred by the Fair. The Fair, at its discretion, may require meters or measuring devices on these utility connections for the purpose of establishing usage for billing Licensee. It is also agreed that Licensee will pay for all additional electrical hook-ups per Exhibit "B", including the cost of necessary permits.

30. **UNDERGROUND UTILITIES:** Licensee shall not, nor will Licensee allow any of its agents, exhibitors, vendors, sub-licensees, sub-contractors, concessionaires or employees to drive any stake, instrument or object of any kind into the asphalt or grassy area of the Fairgrounds without the written consent of The Fair. Underground electrical wiring and fiber optic cabling is installed throughout the Fairgrounds which could result in severe electrical shock. It shall be the sole responsibility of the Licensee to enforce this

Licensee Initial: J.W.

provision and The Fair will look to Licensee for reimbursement pursuant to these Rules and Regulations.

31. **CLEAN-UP:** It is agreed that the Fair will provide custodial attendants that will maintain the Fairgrounds in a clean, sanitary and safe manner from MOVE-IN through MOVE-OUT and the charges as shown on Exhibit "B" shall be paid to the Fair by Licensee. The Fair shall determine the number of attendants necessary, in its sole opinion, to clean the Fairgrounds. Upon MOVE-OUT the Fairgrounds shall be restored to a condition equal to that at the time of the MOVE-IN date.

32. **REST ROOM FACILITIES:** It is agreed that the Fair will provide bathroom attendants and supplies and the charges as shown on Exhibit "B" shall be paid to the Fair by Licensee. The Fair shall determine the number of bathroom attendants and the amount of supplies required.

33. **PARKING LOT ATTENDANTS:** It is agreed that the Fair will provide parking lot attendants if needed and the charges as shown on Exhibit "B" shall be paid to the Fair by the Licensee. The Fair shall determine the parking lot locations and the number of parking lot attendants required. No parking areas shall be used except as expressly permitted by the Fair. The Fair is a Non-exclusive parking staffing and Licensee is allowed to bring in own parking company or staff.

34. **SECURITY:** If required and implemented in Exhibit B - It is agreed that the Fair shall provide, at the Licensee's sole cost and expense, security as required by City of Orlando Police Office and the Fair in order to provide a safe environment for attendees/patrons which may include the presence of law enforcement officers as defined by Florida Statute. Licensee agrees that it shall be solely responsible for the safety and security of its own tangible personal property or tangible personal property owned by a third party but in the possession of, or utilized by Licensee, and Licensee expressly waives any claims against Fair for any loss or damage, by theft, fire, or otherwise, including the negligence of the Fair, to such tangible personal property. It is agreed that it is the responsibility of the Licensee to provide additional security, licensed, bonded and insured, as Licensee may need, at Licensee's sole cost and expense. At a minimum, security shall be required at least 1 hour before a daily Event shall begin and 1 hour after the close thereof.

35. **FIRE RESCUE/PARAMEDIC/FIRST AID:** If required and implemented in Exhibit B - It is agreed that the Fair shall provide, at the Licensee's sole cost and expense, EMS as required by City of Orlando Fire Department and the Fair in order to provide a safe environment for attendees/patrons. The Licensee, its employees, agents, exhibitors, sub-licensees, sub-contractors, vendors and concessionaires must conform to the Orange County Fire Code.

36. **GOLF CARTS:** Golf carts are permitted on the Fairgrounds by Licensee subject to the insurance requirements stated in this License.

37. **LICENSES, PERMITS AND TAXES:** Licensee agrees to obtain the proper licenses and/or permits for the use of the space covered by this License as required by Federal, State, or City of Orlando agencies pursuant to Florida law and Orange County ordinances, and supply evidence of same to the Fair on demand. Licensee agrees to promptly pay all applicable sales taxes and to require all vendors, agents, concessionaires, exhibitors, and others selling products to pay applicable taxes and carry the proper licenses and permits.

38. **OBJECTIONABLE PERSONS:** It shall be the responsibility of the Licensee to eject or cause to be ejected from the Fairgrounds any person or persons causing a disturbance and nuisance. Neither the Fair nor any of its Trustees, Directors, officers, agents or employees shall be liable to Licensee for any damages that may be sustained by Licensee through the exercise by Licensee of such action.

39. **EXHIBIT LOAD IN AND OUT:** Licensee agrees that all articles, displays, exhibits and other tangible personal property shall be brought in or out of the Fairgrounds only at such entrances and such times as designated by the Fair. All loading and unloading connected with MOVE-IN and MOVE-OUT must be directly coordinated with the Expo Services Manager of the Fair.

40. **STORAGE:** Licensee assumes all responsibility for all goods, materials, exhibits, displays, articles and other tangible personal property in or on the Fairgrounds before, during or after the Event and the Fair assumes no responsibility for said items.

41. **REMOVAL OF PROPERTY:** Licensee agrees that all property pertinent to the Event which is not a possession of the Fair shall be removed from the Fairgrounds before the expiration date of the License. The Fair shall be authorized to remove, at the expense of the Licensee, all property remaining in or on the Fairgrounds, after the MOVE-OUT date of this License. Licensee shall be responsible for payment of any and all storage costs, and Licensee agrees the Fair shall not be responsible for loss, damage or claims against property removed or stored under this provision. Licensee agrees the Fair shall have a first lien on such property for payment of costs accrued for removal and storage. In no event shall property be stored for more than three (3) months.

42. **ARTIST CONTRACT AND RIGHTS:** Licensee certifies and attests that it has a valid, properly executed and compatible contract and/or proper rights and licenses for the performance, exhibition, or show covered by the terms of this License, or occurring during the Event. Licensee shall submit to The Fair, upon demand, copies of such documents.

43. **BROADCAST RIGHTS:** The Fair reserves all rights and privileges for outgoing television, radio, web and other electronic broadcasts originating from the Fairgrounds during the term of this License, except such as the Fair may specifically grant in writing to the Licensee, or to a third party.

44. **COPYRIGHTS:** Licensee will assume all costs arising from the use of patented, trademarked, franchised or copyrighted music, materials, devices, processes or dramatic rights used at, or incorporated in the Event. Licensee agrees to indemnify, defend and hold The Fair harmless from any claims, damages, or costs, including legal fees, which might arise from use of any such material either by Licensee, or any other person or entity associated with the Event. The Fair name and logo are protected trademark/service marks and may not be used without the express written consent of The Fair.

45. **NOTICE OF SHOW REQUIREMENTS:** Licensee agrees to provide the Fair at least thirty (30) days before the MOVE-IN date of this License a full and detailed outline of all show and Event requirements whether being provided by the Fair or not.


Licensee Initial J.W.

For example, stages, tables, booth dividers, chairs, and all other information as may be required by the Fair concerning the Event covered by this License. Should the Licensee fail to provide said outline at least thirty (30) days before the first day of the MOVE-IN date of License, Licensee agrees to forgo any and all claims for damages against the Fair for failure to provide any items or personnel required for the Event, or for charges incurred by reason of the Fair providing too many or too few items or personnel for the Event, and further agrees to waive any and all rights which might arise by reason of the terms of this License.

46. **DELIVERIES AND SHIPMENTS:** Advance shipments of goods and/or display equipment will not be accepted by the Fair. All advance shipments must be made through and coordinated with Licensee. Should the Fair accept delivery of property addressed to Licensee only as a service to Licensee, Licensee agrees to indemnify, defend and hold harmless the Fair for any loss or damage to any property in the receipt, handling, care or custody of said property at any time. The Licensee further indemnifies, defends and holds harmless the Fair from any claims or costs related to claims from any third party for loss or damage to said property on the Fairgrounds. The Fair will not accept COD or any similar delivery.

47. **ANNOUNCEMENTS:** The Fair reserves the right to make verbal and video announcements during the Event which would relate to future attractions, events or Fair matters.

48. **ADVERTISING:** Licensee agrees to advertise the location of the Event as the Central Florida Fair and Expositions Park. Licensee further agrees that all advertising will be honest and true and will include accurate information on the Event covered by this License. All advertising space on the Fairgrounds of the Fair is the exclusive property of The Fair and all receipts therefrom shall accrue to the Fair. No sign, picture, notice of advertisement will be posted on the Fairgrounds property by Licensee without prior written approval of the Fair as to content and location and approval by the Fair may be arbitrarily withheld in the sole discretion of The Fair. Licensee shall not advertise the Event, or any performance and/or appearance of any performer or attraction, unless and until contracts between all parties involved have been properly executed.

49. **CIVIL RIGHTS:** Licensee agrees not to discriminate against any employee or applicant for employment because of race, religion, national origin and further agrees to likewise not discriminate for those same reasons against any person relative to admission, services or privileges offered to or enjoyed by the general public, and to be in compliance with the Federal and Florida Civil Rights Acts and the Americans with Disabilities Act (ADA).

50. **RETENTION OF FAIR PRIVILEGES:** The waiver or failure of the Fair to insist on strict and prompt performance of the terms of this License, Rules and Regulations, Exhibits or Building Policies and the acceptance of such performance thereafter shall not constitute or be construed as a waiver or relinquishment of the Fair's right thereafter to enforce the same strictly according to the terms thereof in the event of a continuous or subsequent default on the part of Licensee.

51. **EXCLUSIVE AGREEMENTS:** The Licensee agrees to be bound by all exclusive agreements entered into by The Fair and third parties, including, but not limited to, the agreement with re: catering and concessions, and such others as may from time to time be applicable.

52. **OTHER CONDITIONS:** It is mutually agreed that any and all matters not expressly provided for in this License will be at the sole discretion of the Fair.

53. **OPERATIONAL BOND:** The Fair, at its discretion, may require Licensee to deposit a security/operational bond either by cash, certified check, letter of credit, or by a duly accredited bonding company. The amount of the bond will be determined by the Fair.

54. **CONDITIONS AND LIMITATIONS:** It is agreed that this License is subject to all the conditions and limitations set forth in all of the attachments, exhibits, rules and regulations and policies for the use of the Fairgrounds herein above referred to and Licensee shall be bound thereby. In the event of any conflict between the License and any exhibit, or attachment, the exhibit or attachment shall control. Terms and conditions of this License are not approved until this License is signed by the Chief Operating Officer of The Fair, or his designee.

55. **NOTICES:**

(a) **Method of Giving Notice.** All notices or other communications permitted or required to be given under this License shall be given in writing, and delivered to the Fair at 4603 W Colonial Dr Orlando, Fl 32808 and to the Licensee at the Business Address indicated on page one (1) hereof (or sent to their fax numbers) by one of the following ways, at the option of the party giving the notice: (i) by hand delivery; (ii) by certified or registered mail, return receipt requested and proper postage prepaid; (iii) by a nationally recognized overnight courier service such as FedEx; or (iv) by telecopy (fax).

(b) **Effective Date of Notices.** Notices delivered by hand delivery or by a nationally recognized overnight courier service such as FedEx shall be effective on the date delivered to the recipient. Notices delivered by certified or registered mail shall be effective upon receipt, or three (3) business days after deposit in the United States mails, whichever shall first occur. Notices sent by telecopy shall be effective on the date transmitted and received, provided that receipt occurs before 5:00 p.m. Eastern Standard Time on a business day. If the last day for giving any notice or performing any act under this License falls on a Saturday, Sunday, or on a day on which the United States Post Office is not open, the time shall be extended to the next day that is not a Saturday, Sunday, or Post Office holiday.

56. **COMPLAINTS:** All complaints by Licensee or its agents, including, without limitation, those relating to this License, the Fair's policies, the Fair's officers, Trustees, Directors, staff or personnel, or the Fair's other licensees, shall be dated and in writing and promptly and immediately sent to the Expo Department at the Fair office.

57. **BUSINESS HOURS:** The normal Fair business hours are from 8:00 AM – 5:00 PM, Monday through Friday. The Fair is closed for the following holidays: New Year's Day, Good Friday, Memorial Day, Independence Day, Labor Day, Thanksgiving, and the day after, and on Christmas Eve and Christmas Day.

Licensee Initial J.W.

58. **COUNTERPARTS AND DUPLICATE ORIGINALS:** To facilitate the execution of this License, any number of counterparts of this License may be executed and delivered. That is, it shall not be necessary that each party's signature appear on each counterpart, but it shall be sufficient that each party's signature appear on one or more of the counterparts. Each of the counterparts shall be considered an original and all of them, together, shall constitute one and the same instrument. Any number of duplicates of this License may be executed and delivered, each of which shall be considered an original.

59. **CONSTRUCTION OF LICENSE:** Each party has relied upon its own examination of this License and the advice of its own counsel and other advisors in connection with this License. This License was negotiated at arm's length. Thus, this License shall not be construed more strictly against the Fair notwithstanding that it has been drafted by the Fair and the Fair's counsel. Furthermore, the money, property, insurance or services which are the subject of this License are for commercial purposes and not for personal, family or household purposes.

60. **EFFECTIVE DATE:** The effective date of this License shall be the date on which the last one of the Fair's representative and the Licensee's representative executes this License.

61. **LANGUAGE:** Whenever used in this License, the singular number shall include the plural, the plural number shall include the singular, and the use of any gender shall include all genders where the context permits.

62. **PARAGRAPH HEADINGS:** The paragraph headings used in this License are for convenience only, and shall not be used in interpreting or construing any provision of this License.

63. **SEVERABILITY:** If any term, covenant, or condition of this License or the application thereof to any person or circumstance shall be to any extent held invalid or unenforceable, the remainder of this License or the application of such terms, covenants, and conditions to the persons or circumstances other than those as to which it is held invalid or unenforceable, shall not be affected thereby and each term, covenant, or condition of this License shall be valid and enforceable to the fullest extent permitted by law.

64. **TYPEWRITTEN OR HANDWRITTEN PROVISIONS:** Handwritten or typewritten provisions inserted into this License and initialed and dated by all parties shall control over all typewritten provisions in conflict therewith.

65. **EXHIBITS:** Any exhibits attached to this License shall, by this reference, be incorporated into this License.

66. **FURTHER ACTION:** Each of the parties hereto shall execute and deliver any and all additional papers, documents, and other assurances, and shall do any and all acts and things reasonably necessary in connection with the performance of the obligations hereunder and to carry out the intent of the parties hereto.

67. **ATTORNEY'S FEES:** Any reference to attorney's fees in this License applies only to the indemnity given by Licensee to the Fair and not to any other term, provision and condition hereof.

68. **VENUE:** The venue of any legal proceeding brought in connection with this License or any aspect of the relationship between the parties shall be in Orlando, Florida.

69. **FLORIDA LAW:** This License shall be considered to have been executed in Orange County, in the State of Florida, and shall be interpreted, construed and enforced in accordance with the laws of Florida and no other.

70. **TIME:** Time is of the essence of all of the provisions and terms of this License.

71. **CONFIDENTIALITY:** Each party agrees that this License shall be deemed "confidential" and shall not disclose the contents of it unless and as provided by law or a Court of law.

72. **MATTERS SURVIVING TERMINATION:** Unless otherwise provided in this License, all of the terms, provisions, representations and warranties, and all remedies available to any party, shall survive termination of this License.

73. **SUB-LICENSEES:** All sub-licensees, sub-contractors, concessionaires, contractors, vendors or agents entering into a contract with Licensee shall take subject to the terms and conditions of this License and all such contracts shall so provide.

74. **BROKERAGE INDEMNITY:** Licensee hereby agrees to indemnify, defend and hold harmless the Fair from any claims, damages, costs and attorneys fees for brokerage, commission, finder's or other fees relative to this License and the transactions set forth herein based in any way on agreements, arrangements or understandings made by Licensee with any other party or parties.

75. **RIGHTS IN THIRD PARTIES:** Except as otherwise specifically provided, nothing expressed or implied in this License is intended, or shall be construed to confer on or give any person, firm or corporation, other than the parties and their respective officers, directors and shareholders, any rights and remedies under or by reason of this License.

76. **DEPENDENCE OF COVENANTS:** The covenants contained in this License for performance by Licensee shall be construed as dependent covenants. Default in one shall be deemed absolute whether substantial performance has occurred with regard to all or any other covenants herein.

77. **RENEWAL:** This License is only for the dates as set forth in this License. Licensee agrees that the fact that it has been granted a License in the past shall not entitle Licensee to any right to use the Fairgrounds in the future. Additionally, nothing shall prevent the Fair from granting a License to an entity which is competitive to the Licensee hereunder.

78. **RELOCATION:** The Fair, in its sole discretion, may relocate Licensee's Event to another building and/or location on the Fairgrounds.

Licensee Initial: J.W.

79. **SUCCESS:** The Licensee agrees that it is responsible for the success or failure of its Event. The fact that Licensee is restricted by and subject to the terms and conditions of this License is a risk that Licensee freely assumes.

80. **FIDUCIARY DUTY:** The parties to this License specifically intend that neither this License nor any course of dealings between them shall create fiduciary obligations. Nothing contained in this License, and no course of dealings between the parties, shall be construed as establishing a partnership, joint venture or agency between the parties. The rights, duties and obligations of the parties are to be controlled exclusively by this License. Any obligation or covenant of good faith and fair dealing, whether express, implied-in-fact or implied-in-law, is intended to be contractual only. This License was negotiated at arms' length. There is no "special relationship" between the parties. Neither party is or has been influenced or dominated by the other. Each party places in the other the trust and confidence that reasonable strangers dealing at arms' length in business relationships would place in one another. Neither party reposes special or extraordinary trust in the other. Each party to this License represents that it is an independent, experienced and sophisticated business entity or person. Each party conducts its own investigations and obtains its own information about business transactions. Each party relies wholly on its own counsel and/or judgment in making business decisions. The frequency, length, or closeness of dealings between the parties shall not create fiduciary obligations. In particular, extended dealing over a lengthy period of time shall not create fiduciary duties. Any advice given by one party to the other is offered unilaterally and accepted indifferently. Neither party undertakes to act for the benefit of the other, and neither accepts any trust unilaterally reposed by the other. Any disclosure obligations contained in or arising from this License or the course of dealing between the parties are strictly contractual, and do not create fiduciary obligations. The parties intend that any disclosures of information, confidential or otherwise, during the course of business negotiations or dealings shall not be construed as creating additional disclosure obligations.

81. **RELATION OF PARTIES:** It is the intention of the parties to hereby create the relationship of Licensee and Licensor, and no other relationship whatsoever is hereby created. Nothing in this License shall be construed to make the parties hereto partners or joint venturers or to render either party hereto liable for any obligation of the other.

82. **WAIVER OF JURY TRIAL:** The Fair and Licensee hereby mutually knowingly, willingly and voluntarily waive their right to a trial by jury and no party nor any assignee, successor, heir, or legal representative of the parties (all of whom are collectively referred to below as the "parties") shall seek a jury trial in any lawsuit, proceeding, counterclaim, or any other litigation or proceeding based upon or arising out of this License or any related agreement or instrument, or any course of action, course of dealing, statements (whether verbal or written) or actions relating to this License. The parties also waive any rights to consolidate any action in which a jury trial has not been waived. The provisions of this paragraph have been fully negotiated by the parties, and the parties acknowledge that the inclusion of this provision is a material inducement for entering into this License. The waiver contained in this paragraph is irrevocable, constitutes a knowing and voluntary waiver, and shall be subject to no exceptions.

83. **PRESUIT MEDIATION:** Prior to bringing any lawsuit under this License, the parties hereto agree to submit any and all disputes to pre-suit mediation under the Florida Rules for Certified and Court-Appointed Mediators and the Florida Rules of Civil Procedure 1.700-1.730 (and FRCP 1.750, excluding subsection (b)) together with the rules of the American Arbitration Association or the Foundation for Dispute Resolution. Accordingly, the parties agree to strictly follow said rules and abide by any agreement made as the result of mediation. Good faith compliance with this provision shall be a condition precedent to the right of any party hereto to bring a lawsuit under this License. This provision is a material inducement to the Fair for entering into this License.

84. **ENTIRE AGREEMENT:** All terms and conditions of this License shall be binding upon the parties, their heirs, and representatives and cannot be waived or modified by any oral representation or promise of any agent or other representative of the parties hereto unless the same be in writing and signed by the duly authorized agent or agents who executed this License. Such written document must be incorporated by specific reference therein as a part of this License. Neither party may rely on any oral representations and must look solely to the terms of this License. Furthermore, Licensee agrees that, notwithstanding the possibility of significant damages to Licensee in the event The Fair exercises its unilateral right of cancellation and termination and the right to retain the deposit and other monies, and other rights under the License and Exhibits, the Licensee agrees to the terms contained herein and executes this License voluntarily and freely. This License constitutes the entire agreement and understanding between the parties, whether oral or in writing, as to the subject matter hereof. Any and all prior agreements, understandings, and representations are hereby terminated and canceled in their entirety and are of no further force or effect. The Licensee or Licensee's representative who executes this License acknowledges that he or she understands the legal consequence and import of this clause.


Licensee Initial: J.W.

# CENTRAL FLORIDA FAIR, INC.

## Exhibit "D"

## BUILDING POLICIES
(10/01/07)

1 **GENERAL BUILDING POLICIES:**

  1.1 **Decorations:** Decorations must be approved prior to being attached to any surface. No confetti or glitter is allowed. FAIR permanent graphics, signs, advertisements or displays may not be visibly blocked in any manner, nor may temporary signs or decorations be attached to permanent building graphics. Planters and furniture in public areas, galleries, rampways, etc. may not be removed or repositioned without expressed written permission from FAIR management.

  1.2 **Animals:** Animals and pets are not permitted except in conjunction with an approved exhibit, display or performance legitimately requiring use of animals. Seeing-eye dogs are permitted.

  1.3 **Damage:** Damage to FAIR's property or equipment shall be the responsibility of Licensee.

  1.4 **Hanging of Advertising Signs:** Only FAIR personnel will be allowed to hang banners, overhead signs, and special decorations from any ceiling in the facility.

  1.5 **Energy usage:** House lighting will be provided as required during open show times. Energy conservation is an important concern and minimal light and comfort levels will be maintained during MOVE-IN and MOVE-OUT periods.

  1.6 **Balloons:** Helium balloons may be used for display and decoration purposes only. At no time will they be allowed to be used as a give-away item. Any balloons that come to rest on the ceiling of the facility shall be retrieved by the FAIR and the cost for such retrieval will be billed to the Licensee.

2 **SECURITY:**

  2.1 Areas within the FAIR identified "Authorized Personnel or Employees Only" are restricted to FAIR personnel.

  2.2 Exterior exhibit hall exit doors are not to be propped open. Automatic closing devices are not to be removed or tampered with.

  2.3 Abusive language, threats, assault, vandalism, theft and all other inappropriate actions will result in the offending people being immediately removed from the premises and prosecution if appropriate.

  2.4 No soliciting is permitted at the FAIR in areas not defined in the License and then only by registered exhibitors procured by Licensee who are permitted to solicit from within the confines of their booth only.

  2.5 Safety of all occupants of FAIR is of utmost concern. Any and all unsafe conditions or activities will be brought to the attention of the responsible parties and corrective measures are to be made immediately.

3 **HAZARDOUS WORK AREA:**

  3.1 Exhibit halls during MOVE-IN and MOVE-OUT, and service areas are considered Hazardous Work Areas.

  3.2 Absolutely no drinking of alcoholic beverages.

  3.3 Use or possession of illegal or controlled substances of any kind is prohibited. Violators may be prosecuted to the fullest extent of the law.

  3.4 No handguns concealed or otherwise or other weapons are permitted in the FAIR.

  3.5 No speeding or reckless use of vehicles or equipment will be permitted.

  3.6 No gasoline, kerosene, diesel fuel or other flammable liquids may be stored, permanently or temporarily, in Hazardous Work Areas.

  3.7 No re-fueling activity of any kind permitted. Re-fueling must be accomplished a minimum of fifty (50) feet beyond the exterior of the building.

  3.8 Exit doors may not be blocked with freight, equipment, display material, etc.

  3.9 In general, any and all unsafe condition or activity is to be corrected promptly. Safety is of primary concern in designated hazardous work area.

Licensee Initial: J.W.

Licensee Initial: J.W.

4   **PUBLIC AREAS:** The main entrance, entrance foyer, exhibit hall entrances, rest rooms and food facilities are considered public areas and generally not under Licensee's control. As such the following guidelines apply:

   4.1   All activities utilizing public areas, such as registration, special exhibits or displays, etc. must be approved in advance. Detailed floor plans with specifications are to be submitted to FAIR not later than thirty (30) days in advance of the Event for approval.
   4.2   Activities in public areas must take into consideration the requirements of other tenants utilizing the facility.
   4.3   Service desks and related "behind the scenes" workstations should not be set in public areas.
   4.4   Cables, hoses, etc., must be covered for the safety of the public, workers, exhibitors, etc.
   4.5   Only duct tape may be used on walls and floors of FAIR.
   4.6   Licensee's service contractor must remove any tape residue left on exhibit hall floors and/or walls.

5   **LOADING DOCKS, EXHIBIT HALLS, PARKING AREA:**

   5.1   No parking in fire lanes, service lanes, vacant exhibit halls, loading dock areas or any other location posted "No Parking". This will be strictly enforced. Unauthorized vehicles may be towed or ticketed at owner's expense.
   5.2   Overnight parking on the Fairgrounds is strictly prohibited.
   5.3   A limited number of camping spaces are available on the FAIR grounds. Camping is allowed only in designated areas. All camping arrangements must be made through FAIR Security and camping fees will apply. No open fires are permitted and no camping in tents is allowed.
   5.4   Show management and other VIP parking may be arranged through FAIR.
   5.5   No vehicles of any type will be allowed inside of the buildings.
   5.6   Crate storage is not permitted in exhibit halls or interior building areas under any circumstances. Refer to fire regulations for specific crate storage information.
   5.7   Only FAIR personnel will operate any overhead door.
   5.8   FAIR serves as its own electrical and utility contractor. Refer to separate rate and service schedules for details.
   5.9   All items to be suspended from exhibit hall ceilings, including signs, displays, light and sound equipment, etc., must be approved in advance by FAIR and hung by FAIR personnel. Additional charges will apply.
   5.10  Rigging of cable and other hanging devices on or near ceiling, electrical buss ducts and conduits are to be done only by FAIR authorized personnel.
   5.11  All ceiling equipment, material, and rigging must be removed immediately upon close of the show.
   5.12  Clear access is to be maintained to exhibit hall concession stands and restrooms at all times.
   5.13  Licensee and their service contractors are responsible for removal of bulk trash, pallets, packing material, lumber, etc., prior to show opening and following MOVE-OUT.
   5.14  FAIR shall arrange for trash hauls of show trash, but cost shall be the responsibility of Licensee.

6   **BASIC FIRE CODE REGULATIONS:**

   6.1   Show management, exhibitors, service contractors, and all other involved parties must comply with all federal, state, and municipal fire codes which apply to places of public assembly.
   6.2   Fire fighting and emergency equipment may not be hidden or obstructed, including fire extinguishers, fire hose cabinets, and fire alarm pull stations.
   6.3   Crate storage is the responsibility of the appropriate service contractor of Licensee. Crates, wooden boxes, packing material, or show equipment etc. may not be stored in exhibit halls, meeting rooms, exit or service areas. Under no circumstances will crate storage or equipment storage be permitted to obstruct emergency exits from any area of the building. This requirement will be strictly enforced! Crated storage is considered a potentially hazardous situation and service contractors should submit all crate storage plans to FAIR for approval.
   6.4   Vehicles with gasoline engines may be displayed with approval of the FAIR and/or Fire Marshal. General rules: A maximum of two (2) gallons of gas in the tank. A locking gas cap must be installed or the tank must be adequately sealed by tape or in some other appropriate manner. All battery cables must be disconnected and taped to avoid potential sparks.
   6.5   All electrical equipment must be UL approved and all gasoline engines must be AGA approved.
   6.6   All emergency exits, hallways, and aisles leading from the building are to be kept clear and unobstructed. Vehicles in fire lanes or blocking exits, etc., will be removed at owner's expense.

7   **MISCELLANEOUS:**

   7.1   FAIR management reserves the right to modify or change these policies as it deems necessary.

Licensee Initial: J.W.