




**2022 Orlando Music Festival - 3 Day General Admission Pass**

Central Florida Fairgrounds
July 1st-3rd, 2022
Gates open 2:00pm, Show starts 4:00pm
3 Day Pass - General Admission  $0.00
Section: General Admission   Row:   Seat:

**2022 OMF 3 DAY GA**
Central Florida Fairgrounds
Friday, 7/1/2022 at 4:00 PM

**3 Day Pass - General Admission -**
SECTION         ROW    SEAT
GA

www.2022omf.com

**FEATURING THE ULTIMATE NAMES IN SMOOTH JAZZ AND R&B**

**THURSDAY JUNE 30TH**
**PRE-FESTIVAL ALL WHITE GALA**
Pieces of a Dream
Marion Meadows
Jazmin Ghent
Leon Pressley
Deborah Krantz

**FRIDAY JULY 1ST**
Brian Culbertson
David Sanborn
Rick Braun
Richard Elliot
Vincent Ingala
LeoNell Teape

**SATURDAY JULY 2ND**
Boney James
Peter White
Euge Groove
Nathan Mitchell
Lindsey Webster
Adam Hawley
Jones High School Alumni Band

**SUNDAY JULY 3RD**
The Jacksons
Ray Parker Jr.
Eric Darius
Spyro Gyra
Deborah Krantz
Leon Pressley

**MFP** MUSIC FESTIVAL PRODUCTIONS

**ORLANDO MUSIC FESTIVAL 2022**

**4TH OF JULY WEEKEND**
FRIDAY, SATURDAY & SUNDAY

U.S. District Court
Middle District of Florida
**DEFENDANT EXHIBIT**
Exhibit No. 3
Case No. 22 CF 125
v.
Date Identified:
Date Admitted:

