**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                                                  **CASE NO: 6:22-mj-1515-DAB**

**JAMES WALKER WATSON, JR.**

---

### FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
### PURSUANT TO RULE 5(c), FED.R.CRIM.P.

James Walker Watson, Jr., having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Indictment from Eastern District of Texas was held on May 31, 2022.

Based on the defendant's waiver of identity hearing, I find that JAMES WALKER WATSON, JR. is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that JAMES WALKER WATSON, JR. be held to answer in the district court in which the prosecution is pending.   Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 6, 2022 .

                                                              DAVID A. BAKER
                                                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
Counsel of Record